UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

MARK WAGNER,               )
                           )
              Plaintiff,   )
                           )
         -v-               )
                           )   C.A. NO. 6:16-CV-00500-MGL
LIBERTY LIFE ASSURANCE COMPANY )
OF BOSTON,                 )
                           )
              Defendant.   )
_____

## ORDER

This matter is before the Court on the Parties' Joint Motion to Amend the Specialized ERISA Case Management Order ("ECMO") in this matter. Having considered the motion and for good cause shown, it is **ORDERED** and **ADJUDGED** that:

1. The Parties' motion is **GRANTED**.

2. The ECMO is hereby amended, as follows:

    a. Mediation:                September 9, 2016

    b. Cross Motions For Judgment:   October 7, 2016

    c. Replies:                  October 14, 2016

**IT IS SO ORDERED**.

                                          s/Mary Geiger Lewis
                                          Hon. Mary Geiger Lewis
                                          United States District Judge

July 12, 2016
Columbia, South Carolina