UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

MARK WAGNER,            )
                        )
        Plaintiff,      )
                        )
        -v-             )
                        )  C.A. NO. 6:16-CV-00500-MGL
LIBERTY LIFE ASSURANCE COMPANY )
OF BOSTON,              )
                        )
        Defendant.      )
_____

## ORDER

This matter is before the Court on the Parties' Joint Motion to Amend the Amended Specialized ERISA Case Management Order ("ECMO") in this matter. Having considered the motion and for good cause shown, it is **ORDERED** and **ADJUDGED** that:

1. The Parties' motion is **GRANTED**.

2. The ECMO is hereby amended, as follows:

    a. Mediation:                October 24, 2016

    b. Cross Motions For Judgment:   November 21, 2016

    c. Replies:                  November 28, 2016

**IT IS SO ORDERED**.

s/Mary Geiger Lewis
Hon. Mary Geiger Lewis
United States District Judge

September 12, 2016
Columbia, South Carolina