UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| MARK WAGNER, | ) |
| Plaintiff, | ) ) ) |
| -v- | ) ) |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | ) C.A. NO. 6:16-CV-00500-MGL ) ) ) |
| Defendant. | ) ) |

## ORDER

This matter is before the Court on the Parties' Joint Motion to Amend the Amended Specialized ERISA Case Management Order ("ECMO") in this matter. Having considered the motion and for good cause shown, it is **ORDERED** and **ADJUDGED** that:

1. The Parties' motion is **GRANTED**.

2. The ECMO is hereby amended, as follows:

    a. Mediation: November 23, 2016

    b. Cross Motions For Judgment: December 21, 2016

    c. Replies: December 28, 2016

**IT IS SO ORDERED**.

s/Mary Geiger Lewis
Hon. Mary Geiger Lewis
United States District Judge

November 1, 2016
Columbia, South Carolina